# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2969
LT Case No. 2009-CF-001781-A

_____

JERMAINE LERONE GREENE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Lake County.
Cary Frank Rada, Judge.

Jermaine Lerone Greene, Raiford, pro se.

No Appearance for Appellee.

November 13, 2025

PER CURIAM.

AFFIRMED.

MAKAR, EDWARDS, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____